UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- X

THE EUROPEAN COMMUNITY,

        Plaintiffs,

v.                                                                     00-CV-06617 (NGG)

RJR NABISCO, INC., et al.,

        Defendants.
-------------------------------------------------- X

DEPARTMENT OF AMAZONAS, et al.,

        Plaintiffs,

v.                                                                        00-CV-02881 (NGG)

PHILIP MORRIS COMPANIES, INC., et al.,

        Defendants.
-------------------------------------------------- X

FILED
IN CLERK'S OFFICE
U. S. DISTRICT COURT E.D. N.Y.
★  NOV 22 2000  ★
P.M. _____
TIME A.M. _____

      IT IS ORDERED that case number 00-CV-02881 and all cases previously consolidated therein be consolidated into lead case number 00-CV-06617 as related actions.

      IT IS ORDERED that case number 00-CV-02881 be administratively closed and all further entries be made on the lead case, docket number 00-CV-06617.

Dated:     November 16, 2000
              Brooklyn, New York

                                                        Nicholas G. Garaufis
                                                      United States District Judge