# PHILIP MORRIS 
PRODUCTS INC.

RICHMOND  VIRGINIA

SOLD TO: MANSUR TRADING FREEZONE, N.V
         P.O. BOX 500
         ORANJESTAD
         ARUBA

CONSIGNEE: MANSUR TRADING FREEZONE, N.V.
           P.O. BOX 500
           ORANJESTAD
           ARUBA

NOTIFY: SAME AS CONSIGNEE

| | | |
|---|---|---|
| I COMMERCIAL INVOICE | COPY | |
| I | PAGE 01 | |
| I INVOICE NO.: EU6090 | DATE 17DEC91 | |
| I CUSTOMER NO.: 4-4443-0413-20 | 07 | |
| I CUST. ORDER: ORDER OF 09/13/91 | | |
| I TERMS | | |
| I   SHPNG : EX: SHIP PORT OF DESTINATION | | |
| I   PAYMNT: 090 OA/BL | | |
| I ETS   : 26DEC91   DEPOT: 990 | | |
| I ETA   : 31DEC91 | | |
| I VESSEL: OCEAN ADY | | |
| I POE   : MIAMI, FLORIDA     33122 | | |
| I POD   : ARUBA | | |
| I MARKS:       XXX | | |
| I             ARUBA | | |
| I             CASES 1/    1078 | | |

| PRODUCT DESCRIPTION | #CASES | CNTS | QUANTITY | PRICE | AMOUNT (US) |
|---|---|---|---|---|---|
| MARLBORO FLIP TOP BOX | 1,078 | 10M | 10,780,000 | 23.91 | 257,749.80 |
| INSURANCE CHARGES | 90-802 | | | | 1,636.7_ |
| FREIGHT CHARGES | 90-801 | | | | 3,300.00 |

            TOTAL CIGARETTES >    10,780,000
                       EX: SHIP PORT OF DESTINATION    262,686.58

THIS SHIPMENT INSURED UNDER TERMS & CONDITIONS OF SUN INSURANCE CO OF NEW
YORK, INC., POLICY # R-35389.    CLAIMS PAYABLE IN NEW YORK.
    INSURED FOR -> US $     287,154.78

LS: GROSS WT    NET WT    VOLUME   I  WE CERTIFY THAT THE ABOVE INVOICE IS
    16,232      10,077    70.03    I  TRUE AND CORRECT IN ALL PARTICULARS TO
                                   I  THE BEST OF OUR KNOWLEDGE AND BELIEF,
                                   I  AND THAT THE ABOVE-MENTIONED MERCHANDISE
                                   I  IS THE PRODUCT OF THE UNITED STATES OF
                                   I  AMERICA.
                                   I         AS AGENT FOR
                                   I         PHILIP MORRIS PRODUCTS INC.
                                   I
                                   I  WHERE SHIPPING TERMS ARE EX-SHIP TITLE
                                   I  AND RISK OF LOSS PASS AT PORT OF
                                   I  DESTINATION. UNITED STATES LAW PROHIBITS
                                   I  DISPOSITION OF THESE COMMODITIES TO
                                   I  NORTH KOREA, CUBA, CAMBODIA, VIETNAM AND
                                   I  LIBYA UNLESS OTHERWISE AUTHORIZED
                                   I  BY THE UNITED STATES.

PAYMENTS TO:   CITIBANK N.A., 399 PARK AVENUE, NEW YORK, N.Y.